# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALLEN T. JACKSON AND CLAIRE
ZIMMERMAN JACKSON,
INDIVIDUALLY AND ON BEHALF
OF THEIR MINOR CHILDREN,
A.J. AND L.J.

VERSUS

SHAWN MICHAEL SMITH AND
SHAWN ALLEMAN SMITH

NO.  2020 CW 0341

**JUNE 19, 2020**

In Re:   Deep South Home Inspection, LLC, applying for
supervisory writs, 32nd Judicial District Court,
Parish of Terrebonne, No. 180425.

BEFORE:   **WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED.**

                    **VGW**
                    **JMG**
                    **WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.